### Raymond Wright v. The State.

No. 9597.  Delivered December 9, 1925.

**Gaming—Indictment—Held, Defective.**

This is a companion case to the case of Simms v. State, No. 9602, this day decided, and the same question with reference to the motion to quash the indictment is presented here, and the cause is reversed and remanded.

Appeal from the County Court of Throckmorton County. Tried below before the Hon. John Lee Smith, Judge.

Appeal from a conviction of gambling, penalty a fine of $10.

*T. R. Odell,* of Throckmorton, for appellant.

*Sam D. Stinson,* State's Attorney, and *Nat Gentry, Jr.,* Assistant State's Attorney, for the State.

BERRY, JUDGE.—The offense is gambling and the punishment is a fine of $10.

This is a companion case to that of Simms v. State, No. 9602, this day decided, and the same question with reference to the motion to quash the indictment is presented in this case as was presented in the Simms case.

For the reasons given in that case, we hold that the motion to quash the indictment should have been granted and that because of the court's failure to do so, the judgment is reversed and the cause remanded.

*Reversed and remanded.*

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.